WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road. Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Electronically Filed on _____

HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset Backed Certificates, Series 2005-4
09-77926 / 0147957641

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Rob E. Lewis and Rene E. Lewis

    Debtors.

BK-09-54025-gwz

Chapter 13

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK. TRUSTEE AND ALL OTHER INTERESTED PARTIES:

This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset Backed Certificates, Series 2005-4

The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

```
 1  Gregory L. Wilde, Esq.
    Attorney for Secured Creditor
 2  208 South Jones Boulevard
    Las Vegas, NV 89107
 3
 4  DATED this 30th day of November, 2009.
 5                              WILDE & ASSOCIATES
 6                          By:    /s/Gregory L. Wilde, Esq
                                GREGORY L. WILDE, ESQ.
 7                              Attorney for Secured Creditor
                                208 South Jones Boulevard
 8                              Las Vegas, Nevada 89107
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

```
1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
3  208 South Jones Boulevard
   Las Vegas, Nevada 89107
4  Telephone: 702 258-8200
   Fax: 702 258-8787
5  and
   MARK S. BOSCO
6  Arizona Bar No. 010167
   TIFFANY & BOSCO, P.A.
7  2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
8  Telephone (602) 255-6000
   HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset Backed
9  Certificates, Series 2005-4
10 09-77926 / 0147957641
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| In Re: | BK-09-54025-gwz |
|---|---|
| Rob E. Lewis and Rene E. Lewis | Chapter 13 |
| Debtors. | |

### CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On  11/30/09  I served the following document(s):

   **REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:
   X   **a. ECF System**

   Kevin A. Darby
   kevin@darbylawpractice.com
   Attorney for Debtors

   William Van Meter
   c13ecf@nvbell.net
   Trustee

    X  **b. United States mail, postage fully prepaid:**

Kevin A. Darby
4777 Caughlin Pkwy.
Reno, NV 89519
Attorney for Debtors

William Van Meter
P.O. Box 6630
Reno, NV 89513
Trustee

Rob E. Lewis and Rene E. Lewis
190 Hardie Lane
Smith, NV 89430
Debtors

☐  **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐  1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 30th day of November, 2009.

By: _____/s/_____