**Entered on Docket**
**October 26, 2010**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

KEVIN A. DARBY, ESQ. (#7670)
TRICIA M. DARBY, ESQ. (#7956)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com
       tricia@darbylawpractice.com

Attorney for Debtors

Electronically filed 10/23/10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

ROB E. LEWIS AND RENE E. LEWIS,

            Debtor(s).

_____/

CASE NO.   BK-N-09-54025-gwz
Chapter 13

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT**

Hearing Time: October 8, 2010
Hearing Time: 2:00 p.m.

    Upon Debtors' Motion to Approve Settlement Agreement, no opposition having been filed and the oral argument of counsel,

///

///

1

IT IS HEREBY ORDERED that the Debtors' Motion to Approve Settlement Agreement is hereby granted.

IT IS SO ORDERED.

Submitted By:

DARBY LAW PRACTICE, LTD.

*/s/ Kevin A. Darby*
KEVIN A. DARBY, ESQ.
4777 CAUGHLIN PARKWAY
RENO NEVADA 89519
Phone: (775) 322-1237
Fax: (775) 996-9720

###